IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

FILED
TOPEKA
SEP 18 1995

RUSSELL L. BRENNER, Clerk
U.S. COURT OF BANKRUPTCY

IN RE: )
)
LARRY D. RUDOLPH, )   Case No. 95-41122-12
            Debtor. )
_____)

### CHAPTER 12 PLAN DATED SEPTEMBER 18, 1995

Comes now Debtor and submits his Plan of Reorganization under Chapter 12 as follows:

#### I. PRELIMINARY ITEMS

1. Debtor hereby submits all of his present and future earnings to the supervision and control of the Trustee and agrees to pay the Trustee as provided in this plan and in the Order of Confirmation.

2. The Trustee shall first pay in full all claims entitled to priority as set forth in Title 11 of United States Code, 507 unless the holder of said claim agrees to different treatment. These claims shall be paid by deferred payments in such priority and installments as indicated in the Plan.

3. The effective date of the plan will be December 15, 1995.

4. All claims are divided into classes as follows:

   a. Class 1 -- Administrative claims;

   b. Class 2 -- The claim of the Marion County Treasurer for real estate taxes which are priority;

   c. Class 3 -- The claims of the Marion County Treasurer for real estate taxes which are secured and not priority;

1

Exh. A

d. Class 4 -- The claim of the Farmers Home Administration;

e. Class 5 -- The claim of the unsecured creditors.

## II. TREATMENT OF CLAIMS

1. Class 1 -- Administrative Claims. Class 1 consists of the claim for attorney fees of Metcalf and Justus. Attorneys fees will be paid upon request to Metcalf and Justus as set forth in the agreed Application to Employ Attorney submitted by Metcalf and Justus and the order approving said agreement entered by the Court herein.

2. Class 2 -- Claim of the Marion County Treasurer for real estate taxes which are priority. The Debtor owes $870.35 for 1994 real estate taxes. This amount will be paid over five (5) years at 7.8% for a total annual payment of $216.83.

3. Class 3 -- Claim of the Marion County Treasurer for non-priority taxes. Taxes owed for years prior to 1994 are $4,757.29. This amount will be amortized over ten (10) years at 7.8% for a payment of $702.59 per year.

4. Class 4 -- Claim of the Farmers Home Administration. The Debtor values his property at $60,000. This real estate is secured to the Farmers Home Administration. Subtracting the amount of the property taxes, the remaining balance is $54,372. This amount will be paid over thirty (30) years at 5% interest per annum. The annual payment will be $3,536.97.

5. Class 5 -- Claim of unsecured creditors. At the time of confirmation, Debtor's liquidation analysis is estimated to be

2

$1,425 pursuant to the liquidation analysis which is attached hereto as Exhibit A. This amount will be paid to unsecured creditors over a period of five (5) years at 6% interest for an annual payment of $338.28. Debtor will also pay his disposable income to unsecured creditors pursuant to relevant provisions of Chapter 12.

All payments will commence on December 1, 1996.

### III. LEASES

1. The Debtors hereby assumes all leases.

### IV. OTHER PROVISIONS

1. All the provisions in the contract of the secured creditor shall remain in full force and effect except as specifically modified by this plan. The secured creditor shall retain the liens that they currently have subject to the provisions hereto.

2. Upon confirmation of the plan, all property of the estate shall vest in the Debtor free and clear of any interest of any creditor except as otherwise provided in this plan.

### V. CASH FLOW

The Debtors' cash flow is attached hereto as Exhibit B. The cash flow for 1996 and future years.

Respectfully submitted,

*[signature]*

William E. Metcalf #09661
METCALF & JUSTUS
3601 SW 29th, Suite 207
P.O. Box 2184
Topeka, Kansas 66601
(913) 273-9904
Attorneys for Debtors

3

## LIQUIDATION ANALYSIS

| Item | Value to Unsecureds |
|---|---|
| Cash and accounts | $800.00 |
| Household goods (exempt) | - 0 - |
| Wearing apparel (exempt) | - 0 - |
| Insurance (exempt) | - 0 - |
| Automobiles | $500.00 |
| Farm Machinery (exempt) | - 0 - |
| Inventory | $290.00 |
| Farm animals | 2075.00 |
| Crops (valued with real estate) | - 0 - |
| Farm supplies | $760.00 |
| Total | $3925.00 |
| Less anticipated attorney fees of $2500 (Debtor only paid $1000 retainer) | -$2500.00 |
| Liquidation value to Unsecureds | $1425.00 |

|        | PREVIOUS MONTH CARRYOVR | INCOME | LESS LIVING EXPENSE | LESS FARM EXPENSE | SUBTOTAL | LESS PAYMENTS | CARRYOVER |
|--------|------------------------|--------|---------------------|-------------------|----------|---------------|-----------|
| **1996** |                       |        |                     |                   |          |               |           |
| JAN    | 4,000                  | 50     | 405                 | 1,180             | 2,465    |               |           |
| FEB    | 2,465                  | 50     | 435                 | 262               | 1,818    |               |           |
| MAR    | 1,818                  | 770    | 225                 | 870               | 1,493    |               |           |
| APR    | 1,493                  | 50     | 225                 | 230               | 1,088    |               |           |
| MAY    | 1,088                  | 2,400  | 445                 | 378               | 2,665    |               |           |
| JUN    | 2,665                  | 50     | 575                 | 480               | 1,660    |               |           |
| JUL    | 1,660                  | 50     | 225                 | 576               | 909      |               |           |
| AUG    | 909                    | 11,600 | 435                 | 230               | 11,844   |               |           |
| SEPT   | 11,844                 | 770    | 225                 | 257               | 12,132   |               |           |
| OCT    | 12,132                 | 50     | 445                 | 230               | 11,507   |               |           |
| NOV    | 11,507                 | 50     | 225                 | 230               | 11,102   |               |           |
| DEC    | 11,102                 | 11,173 | 575                 | 230               | 21,470   | 5,327.36      | 16,142.64 |
| **1997** |                       |        |                     |                   |          |               |           |
| JAN    | 16,142                 | 50     | 405                 | 1,180             | 14,607   |               | 14,607.64 |
| FEB    | 14,607                 | 50     | 435                 | 262               | 13,960   |               | 13,960.64 |
| MAR    | 13,960                 | 770    | 225                 | 870               | 13,635   |               | 13,635.64 |
| APR    | 13,635                 | 50     | 225                 | 230               | 13,230   |               | 13,230.64 |
| MAY    | 13,230                 | 2,400  | 445                 | 378               | 14,807   |               | 14,807.64 |
| JUN    | 14,807                 | 50     | 575                 | 480               | 13,802   |               | 13,802.64 |
| JUL    | 13,802                 | 50     | 225                 | 576               | 13,051   |               | 13,051.64 |
| AUG    | 13,051                 | 11,600 | 435                 | 230               | 23,986   |               | 23,986.64 |
| SEPT   | 23,986                 | 770    | 225                 | 257               | 24,274   |               | 24,274.64 |
| OCT    | 24,274                 | 50     | 445                 | 230               | 23,649   |               | 23,649.64 |
| NOV    | 23,649                 | 50     | 225                 | 230               | 23,244   |               | 23,244.64 |
| DEC    | 23,244                 | 11,173 | 575                 | 230               | 33,612   | 5,327.36      | 28,285.28 |
| **1998** |                       |        |                     |                   |          |               |           |
| JAN    | 28,285                 | 50     | 405                 | 1,180             | 26,750   |               | 26,750.28 |
| FEB    | 26,750                 | 50     | 435                 | 262               | 26,103   |               | 26,103.28 |
| MAR    | 26,103                 | 770    | 225                 | 870               | 25,778   |               | 25,778.28 |
| APR    | 25,778                 | 50     | 225                 | 230               | 25,373   |               | 25,373.28 |
| MAY    | 25,373                 | 2,400  | 445                 | 378               | 26,950   |               | 26,950.28 |
| JUN    | 26,950                 | 50     | 575                 | 480               | 25,945   |               | 25,945.28 |
| JUL    | 25,945                 | 50     | 225                 | 576               | 25,194   |               | 25,194.28 |
| AUG    | 25,194                 | 11,600 | 435                 | 230               | 36,129   |               | 36,129.28 |
| SEPT   | 36,129                 | 770    | 225                 | 257               | 36,417   |               | 36,417.28 |
| OCT    | 36,417                 | 50     | 445                 | 230               | 35,792   |               | 35,792.28 |

SUMMARY
PAGE 2

|  | PREVIOUS MONTH CARRYOVR. | INCOME | LESS LIVING EXPENSE | LESS FARM EXPENSE | SUBTOTAL | LESS PAYMENTS | CARRYOVER |
|---|---|---|---|---|---|---|---|
| NOV | 35,792 | 50 | 225 | 230 | 35,387 |  | 35,387.28 |
| DEC | 35,387 | 11,173 | 575 | 230 | 45,755 | 5,327.36 | 40,427.92 |
| **1999** |  |  |  |  |  |  |  |
| JAN | 40,427 | 50 | 405 | 1,180 | 38,892 |  | 38,892.92 |
| FEB | 38,892 | 50 | 435 | 262 | 38,245 |  | 38,245.92 |
| MAR | 38,245 | 770 | 225 | 870 | 37,920 |  | 37,920.92 |
| APR | 37,920 | 50 | 225 | 230 | 37,515 |  | 37,515.92 |
| MAY | 37,515 | 2,400 | 445 | 378 | 39,092 |  | 39,092.92 |
| JUN | 39,092 | 50 | 575 | 480 | 38,087 |  | 38,087.92 |
| JUL | 38,087 | 50 | 225 | 576 | 37,336 |  | 37,336.92 |
| AUG | 37,336 | 11,600 | 435 | 230 | 48,271 |  | 48,271.92 |
| SEPT | 48,271 | 770 | 225 | 257 | 48,559 |  | 48,559.92 |
| OCT | 48,559 | 50 | 445 | 230 | 47,934 |  | 47,934.92 |
| NOV | 47,934 | 50 | 225 | 230 | 47,529 |  | 47,529.92 |
| DEC | 47,529 | 11,173 | 575 | 230 | 57,897 | 5,327.36 | 52,570.56 |
| **2000** |  |  |  |  |  |  |  |
| JAN | 52,570 | 50 | 405 | 1,180 | 51,035 |  | 51,035.56 |
| FEB | 51,035 | 50 | 435 | 262 | 50,388 |  | 50,388.56 |
| MAR | 50,388 | 770 | 225 | 870 | 50,063 |  | 50,063.56 |
| APR | 50,063 | 50 | 225 | 230 | 49,658 |  | 49,658.56 |
| MAY | 49,658 | 2,400 | 445 | 378 | 51,235 |  | 51,235.56 |
| JUN | 51,235 | 50 | 575 | 480 | 50,230 |  | 50,230.56 |
| JUL | 50,230 | 50 | 225 | 576 | 49,479 |  | 49,479.56 |
| AUG | 49,479 | 11,600 | 435 | 230 | 60,414 |  | 60,414.56 |
| SEPT | 60,414 | 770 | 225 | 257 | 60,702 |  | 60,702.56 |
| OCT | 60,702 | 50 | 445 | 230 | 60,077 |  | 60,077.56 |
| NOV | 60,077 | 50 | 225 | 230 | 59,672 |  | 59,672.56 |
| DEC | 59,672 | 11,173 | 575 | 230 | 70,040 | 5,327.36 | 64,713.20 |

YEAR 1996 AND FUTURE YEARS

FARM EXPENSE PAGE 4

|           | STORAGE WAREHOUSING | SUPPLIES | TAXES | UTILITIES (included in home expense) | VETERINARY | OTHER (Selling Expense Feed) | SUBTOTAL | TOTAL |
|-----------|---------------------|----------|-------|--------------------------------------|------------|------------------------------|----------|-------|
| JANUARY   |                     |          |       |                                      |            | 55                           | 55       | 1,180 |
| FEBRUARY  |                     |          |       |                                      |            | 55                           | 55       | 262   |
| MARCH     |                     |          |       |                                      |            | 55                           | 55       | 870   |
| APRIL     |                     |          |       |                                      |            | 55                           | 55       | 230   |
| MAY       |                     |          |       |                                      |            | 55                           | 55       | 378   |
| JUNE      |                     |          |       |                                      | 50         | 55                           | 105      | 480   |
| JULY      |                     |          |       |                                      |            | 55                           | 55       | 576   |
| AUGUST    |                     |          |       |                                      |            | 55                           | 55       | 230   |
| SEPTEMBER | 27                  |          |       |                                      |            | 55                           | 82       | 257   |
| OCTOBER   |                     |          |       |                                      |            | 55                           | 55       | 230   |
| NOVEMBER  |                     |          |       |                                      |            | 55                           | 55       | 230   |
| DECEMBER  |                     |          |       |                                      |            | 55                           | 55       | 230   |

YEAR 1996 AND FUTURE YEARS

FAMILY LIVING EXPENSE, PAGE 3

| | HOME INSURANCE | LIFE INSURANCE | HEALTH INSURANCE | VEHICLE INSURANCE | HOUSE INSURANCE | UNINSURED MEDICAL | CHILDCARE | SUBTOTAL |
|---|---|---|---|---|---|---|---|---|
| JANUARY | 180 | | 55 | | | | | 235 |
| FEBRUARY | | | 55 | 210 | | | | 265 |
| MARCH | | | 55 | | | | | 55 |
| APRIL | | | 55 | | | | | 55 |
| MAY | | 220 | 55 | | | | | 275 |
| JUNE | | | 55 | | | | | 55 |
| JULY | | | 55 | | | | | 55 |
| AUGUST | | | 55 | 210 | | | | 265 |
| SEPTEMBER | | | 55 | | | | | 55 |
| OCTOBER | | 220 | 55 | | | | | 275 |
| NOVEMBER | | | 55 | | | | | 55 |
| DECEMBER | | | 55 | | | | | 55 |

FAMILY LIVING EXPENSE, PAGE 4

YEAR 1996 AND FUTURE YEARS

| | INCOME TAX | HOME MAINTENANCE | LAUNDRY & CLEANING, ETC. | NEWSPAPERS & MAGAZINES | ALIMONY MAINTENANCE SUPPORT | RELIGIOUS CHARITABLE | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| JANUARY | | | | 10 | | | 10 |
| FEBRUARY | | | | 10 | | | 10 |
| MARCH | | | | 10 | | | 10 |
| APRIL | | | | 10 | | | 10 |
| MAY | | | | 10 | | | 10 |
| JUNE | | | | 10 | | | 10 |
| JULY | | | | 10 | | | 10 |
| AUGUST | | | | 10 | | | 10 |
| SEPTEMBER | | | | 10 | | | 10 |
| OCTOBER | | | | 10 | | | 10 |
| NOVEMBER | | | | 10 | | | 10 |
| DECEMBER | | | | 10 | | | 10 |

FAMILY LIVING EXPENSE, PAGE 5

YEAR 1996 AND FUTURE YEARS

| | DUES | ALIMONY MAINTENANCE SUPPORT | MISC 1/ SPECIFY (GIFTS) | MISC 2 SPECIFY | MISC 3 SPECIFY | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | 0 | 405 |
| FEBRUARY | | | | | | 0 | 435 |
| MARCH | | | | | | 0 | 225 |
| APRIL | | | | | | 0 | 225 |
| MAY | | | | | | 0 | 445 |
| JUNE | | | | | | 0 | 575 |
| JULY | | | | | | 0 | 225 |
| AUGUST | | | | | | 0 | 435 |
| SEPTEMBER | | | | | | 0 | 225 |
| OCTOBER | | | | | | 0 | 445 |
| NOVEMBER | | | | | | 0 | 225 |
| DECEMBER | | | | | | 0 | 575 |

INCOME, PAGE 1

YEAR 1996
AND FUTURE
YEARS

**DESCRIPTION**

CROP #1 WHEAT
CROP #2 MILO
CROP #3 CORN
CROP #4 OATS

**DESCRIPTION**

LIVESTOCK NO. 1   COW/CALF
LIVESTOCK NO. 2
LIVESTOCK NO. 3
LIVESTOCK NO. 4

| | CROP 1<br>ACRES 110<br>BU PR ACR 30<br>PER BU $3.50 | CROP 2<br>ACRES 60<br>BU PR ACR 60<br>226 PER 100# | CROP 3<br>ACRES 15<br>BU PR ACR 50<br>PER BU $2.25 | CROP 4<br>ACRES 20<br>BU PR ACR 50<br>PER BU $1.30 | LIVESTOCK<br>4 /HEAD<br>$4.50/HEAD | LIVESTOCK<br>36 /HEAD<br>40 /HEAD | LIVESTOCK<br>—/HEAD<br>—/HEAD | SUBTO |
|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | |
| FEBRUARY | | | | | | 720 | | 720 |
| MARCH | | | | | | | | |
| APRIL | | | | | | | | 1,800 |
| MAY | | | | | 1,800 | | | |
| JUNE | | | | | | | | |
| JULY | | | | | | | | |
| AUGUST | 11,550 | | | | | | | 11,550 |
| SEPTEMBER | | | | | | 720 | | 720 |
| OCTOBER | | | | | | | | |
| NOVEMBER | | | | | | | | |
| DECEMBER | | 8,136 | 1,687.50 | 1,300 | | | | 11,123.50 |

INCOME, PAGE 2

YEAR 1996 AND FUTURE YEARS

| | CRP PYMENTS 500 ACRES ___ PR ACR | DEFICIENCY PAYMENTS | CASH RENT ACRES ___ PR ACR | CROP RENT % OF ___ | OTHER (LOANS) | MISC INCOME | WAGES (GROSS) | WAGES (NET) | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | 50 | | | 50 | |
| FEBRUARY | | | | | | 50 | | | 50 | 50 |
| MARCH | | | | | | 50 | | | 50 | 770 |
| APRIL | | | | | | 50 | | | 50 | |
| MAY | | 550 | | | | 50 | | | 600 | 2,400 |
| JUNE | | | | | | 50 | | | 50 | 50 |
| JULY | | | | | | 50 | | | 50 | 50 |
| AUGUST | | | | | | 50 | | | 50 | 11,600 |
| SEPTEMBER | | | | | | 50 | | | 50 | 770 |
| OCTOBER | | | | | | 50 | | | 50 | 50 |
| NOVEMBER | | | | | | 50 | | | 50 | 50 |
| DECEMBER | | | | | | 50 | | | 50 | 11,173.50 |

## EXHIBIT B

The treatment of the United States on behalf of the Farm Service Agency, f/k/a Farmers Home Administration, United States Department of Agriculture is amended as follows:

1. The total value of the property is $72,800 less outstanding real estate taxes of $5,627.00, leaving a balance of $67,173.00. This amount will be paid back at 7.5% interest per year over thirty (30) years. There will be semi-annual payments in February and August of each year. Such payments will commence on August 1, 1996, and continue on February 1, 1997, and so on. The payment amount will be $2,830 twice each year.

2. The Debtor shall pay all future real estate taxes in a timely manner when due. Failure to pay such taxes shall constitute default under the plan.

3. Any default by the Debtor must be cured within thirty (30) days by certified or cashier's check. Failure to timely cure any default shall result in the automatic stay being lifted respecting the United States as it pertains to the real estate serving as security for the United States without further court proceedings and without further order of the Court.

4. The Debtor hereby waives and will waive all past, present and future obligations of the United States to grant or provide to the Debtor any notices, rights of appeal, loan servicing, or any other relief under the terms of any of its governing statutes or regulations. Such said provision allows the Farm Service Agency to immediately liquidate his collateral in the event of default without additional procedures and regulatory proceedings.

Exh B

5. The Farm Service Agency and the Debtor agree that the Debtor shall be granted a discharge of any deficiency owed to the Farm Service Agency upon confirmation of Debtor's Chapter 12 plan.

6. The Debtor further agrees that he will obtain credit when financially able to do so and it is further provided that "if at any time it shall appear to the Farm Service Agency that the Debtor may be able to obtain a loan from a commercial lender at reasonable rates and terms, the Debtor shall, upon the government's request, apply for and accept such loan in sufficient amount to pay off the Farm Service Agency's indebtedness. Failure to provide information for the Farm Service Agency to make necessary determinations in this regard or failure to pay off the Farm Service Agency debt, when commercial credit is available, shall constitute default".

7. The Debtor shall provide the United States with copies of the monthly income and expense statements, submitted to the Chapter 12 Trustee, financial statements completed January 1 of each year, and federal income tax returns to be submitted on or before May 1 of each year covering the previous year.

## EXHIBIT C

## SUMMARY OF PAYMENTS

| | | | |
|---|---|---|---|
| 1. | Farmers Home Administration | February 1; August 1 of each year | $ 2,830.00 |
| 2. | Marion County Treasurer (priority) | December 1 each year | $ 216.83 |
| 3. | Marion County Treasurer (non priority) | December 1 each year | $ 702.59 |
| 4. | Unsecured creditors | December 1 each year for five years | $ 338.28 |

Exh C